DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGEL E. CUESTA,**
Appellant,

v.

**CAROLYN A. CUESTA,**
Appellee.

No. 4D15-794

[March 2, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 2010DR010509XXXXNB.

Benjamin T. Hodas and Michelle North Berg of Law Office of Benjamin T. Hodas, LLC, West Palm Beach, for appellant.

Darryl P. Figueroa, Palm Beach Gardens, for appellee.

PER CURIAM.

We affirm without discussion: (1) that portion of the circuit court's final order denying the former husband's supplemental petition for termination or, in the alternative, reduction in spousal support; and (2) the circuit court's order denying the former husband's motion for rehearing. We dismiss without prejudice the former husband's appeal of that portion of the final order granting the former wife's motion for attorney's fees and costs, but reserving jurisdiction to determine those amounts. *See Revier v. Revier*, 45 So. 3d 570, 571 (Fla. 4th DCA 2010) ("We dismiss [the] aspect of the final judgment as it relates to the award of attorney's fees since the trial court determined only entitlement and reserved the determination of amount for a future day.").

*Affirmed in part, dismissed without prejudice in part.*

TAYLOR, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***